AO 91 (Rev 8/01) Criminal Complaint

Case 7:16-mj-01765   Document 1   Filed in TXSD on 09/23/16   Page 1 of 3

United States District Court
Southern District of Texas
FILED

SEP 23 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Ana Karen Monserrat Maknojia   PRINCIPAL
YOB:   1992
United States Citizen

## CRIMINAL COMPLAINT

Case Number:

**M-16-1765-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 22, 2016** in **Starr** County, in the Southern District of Texas defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Tomas Rodriguez-Villanueva and Maria Cecilla Cardenas-Campos, citizens and nationals of the United Mexican States, who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Palmview, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)   FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 22, 2016, at approximately 12:05 a.m., Texas Department of Public Safety (TXDPS) requested assistance from Border Patrol on a traffic stop to determine alienage on several subjects. Border Patrol Agent (BPA) Lozano arrived at the traffic stop, located on Highway 83 by Anacua Ranch Road, near Roma, Texas. BPA Lozano made contact with Trooper Brown who stated that he conducted a traffic stop on a white Ford F-150, due to the vehicle having a defective third brake light and an obscured rear license plate. Trooper Brown began to interview the driver and the passengers and inquired if they had any identification. The driver identified herself as MAKNOJIA, Ana Karen Monserrat a United State Citizen and the two remaining passengers stated that they had no immigration documents.

BPA Lozano, approached the subjects in the vehicle and questioned them as to their citizenship. Both passengers admitted to being in the United States illegally.
**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Jerrico Leason

~~Jon M. Chan~~   **Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 23, 2016**   /4:04 am   at   **McAllen, Texas**
Date                                                                City and State

**Peter E. Ormsby**, **U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-16-1765-M

RE: **Ana Karen Monserrat Maknojia**

**CONTINUATION:**

The driver and the two passengers were placed under arrest and transported to the Rio Grande City Border Patrol Station for processing.

PRINCIPAL STATEMENT:

MAKNOJIA, Ana Karen Monserrat a United States Citizen was read her Miranda Rights and stated she understood her rights and was willing to provide a statement without an attorney present.

MAKNOJIA initially stated that she was driving back to Laredo from McAllen, but then recanted her story and admitted that she was never in McAllen and that she was in Palmview, Texas to pick up two people. MAKNOJIA stated that a friend of hers hired her to pick up the two illegal aliens and that she was going to get paid 400.00 USD for each illegal alien. MAKNOJIA was to pick the illegal aliens up at the H.E.B. grocery store in Palmview, Texas and transport them to Laredo. Once she arrived in Laredo, she was going to call her friend for the location of where she was going to drop off the illeagl aliens. She further stated that she knew the people she picked up were illegal aliens. After she picked up the two illegal aliens from the H.E.B. parking lot, she instructed them to put on their seatbelts and she drove off. MAKNOJIA stated that once she noticed Border Patrol had arrived, she instructed the two illegal aliens to say that she picked them up and was giving them a ride to Laredo.

MATERIAL WITNESS STATEMENTS:

Tomas RODRIGUEZ-Villanueva and Maria Cecilia CARDENAS-Campos, both citizens and nationals of the United Mexican States, were read their Miranda Rights. Both subjects understood their rights and were willing to provide a statement without an attorney present.

RODRIGUEZ stated that he made the arrangements for his wife and him to be smuggled into the United States and that he was going to pay $7,000.00 USD for each one of them. He claimed to have crossed the river on September 16, 2016 with the assistance of four people. After he crossed, he was eventually taken to a house where he stayed approximately four days. He was then transported to a store where he entered a white truck driven by a female wearing shorts and a shirt. RODRIGUEZ was told to get into the white truck where he sat in the front passenger seat. RODRIGUEZ stated that the driver told them to put their seatbelts on and that she was just giving them a ride to Laredo, Texas.

RODRIGUEZ positively identify the driver of the vehicle as being Ana Karen Monserrat Maknojia.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-16-1765-M

RE: **Ana Karen Monserrat Maknojia**

**CONTINUATION:**

CARDENAS stated that her husband RODRIGUEZ made all the smuggling arrangements for them to be smuggled into the United States. She stated she did not know how much he had paid up front. CARDENAS stated that they crossed the river on the 16th of this month with the assistance of two guys. After crossing the river, CARDENAS stated they were eventually transported to a house in McAllen, Texas. CARDENAS was at the house for a few days before being transported to a store where they boarded a white pickup truck. Once they boarded the pickup truck, the driver informed them that they were going to Laredo. The driver, instructed them to put on their seat belts and drove off. CARDENAS claimed she was sitting in the rear passenger area of the pickup truck behind her husband. Once they were pulled over, CARDENAS stated the driver noticed Border Patrol had arrived and informed the group that Border Patrol was coming.

CARDENAS positively identify the driver of the vehicle as being Ana Karen Monserrat Maknojia.